versity action alleging foreclosure-related claims. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a dismissal for failure to comply with local rules. *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). We affirm.

The district court did not abuse its discretion in dismissing Shetty's action because Shetty did not file an opposition to defendants' Fed. R. Civ. P. 12(b)(6) motion, request an extension of time to do so, or file an amended complaint. *See id.* (discussing factors to guide the court's evaluation of dismissal for failure to comply with local rules); *see also* Fed. R. Civ. P. 15(a)(1)(B) (allowing a party 21 days to amend its pleading after service of a motion under Rule 12(b)); C.D. Cal. R. 7-9 (requiring the filing of an opposition or statement of non-opposition to a motion to dismiss not later than twenty-one days before the scheduled hearing date); C.D. Cal. R. 7-12 (providing that the failure to file a required document may be deemed consent to the granting or denial of the motion).

**AFFIRMED.**

Alex Darcy, Esquire, Askounis & Darcy, PC, Chicago, IL, Michael W. Johns, Attorney, Roberts Johns and Hemphill PLLC, Gig Harbor, WA, for Plaintiff-Appellant

Marc S. Stern, Attorney, Seattle, WA, for Defendants-Appellees

Before: HAWKINS, GOULD, and PAEZ, Circuit Judges.

## ORDER

The memorandum filed on July 11, 2017 is withdrawn. An opinion is filed in its place. Any party may file a petition for rehearing or rehearing en banc as allowed by the Federal Rules of Appellate Procedure. *See* Fed. R. App. P. 35, 40.

---

DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFT BANK, Frankfurt am Main, Plaintiff-Appellant,

v.

Louis Phillipus MEYER; Lynn Meyer, Defendants-Appellees.

No. 15-35086

United States Court of Appeals, Ninth Circuit.

Filed August 24, 2017

Ramzan Ali CHAUDHRY, Petitioner,

v.

Jefferson B. SESSIONS III, Attorney General, Respondent.

No. 14-71654

United States Court of Appeals, Ninth Circuit.